### THE STATE v. JOHN FULLER.

There are certain houses demominated "public houses," and there are certain places considered as "public places" in the statute. If either of such "houses" or "places" is averred in the indictment, the allegation is sufficient. But if the houses or places mentioned in the indictment are not designated and charged as enumerated in the code, then sufficient facts must be stated and averred to show, by the charge itself, that the place designated is a "public place." (Paschal's Dig., Art. 2044, Note 640.)

APPEAL from Harris. The case was tried before Hon. JAMES LOVE, judge of the criminal court for the counties of Harris and Galveston.

The defendant was indicted for that "in a certain public house in the city of Houston, occupied by one Lund, a colored man, on the east side of Milam street, between Capitol street and Rusk street, with divers other persons to the grand jurors unknown, play at a certain game with cards." The defendant moved that the indictment be quashed, which motion was sustained, and the state appealed.

*E. B. Turner, Attorney General,* for the state.

No brief for the appellee has been furnished to the *Reporter*.

LINDSAY, J.—The indictment in this case was for playing cards in a "public place." Although the accused may have played cards with divers unknown persons at a certain house, it does not necessarily follow that he violated the law enacted against gaming. Persons may play cards at a private house without being guilty of any offense against

the law. There are certain houses denominated "public houses" in the statute, and there are certain places considered as "public places" in the statute. If either of such "houses" or "places" is averred in the indictment, the allegation is sufficient. But if the houses or places mentioned in the indictment are not designated and charged as enumerated in the statute, then sufficient facts must be stated and averred to show, by the charge itself, that the place designated is a "public place." In such cases a public place is a deduction of law from the facts appropriately alleged. The indictment in this case was properly quashed for the want of such allegations. The judgment is

AFFIRMED.